IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DRUE ALLEN HOLLIS,
    Plaintiff for
THE UNITED STATES
    IN THE BEST INTEREST OF
THE STATE OF TEXAS

VS.

TARRANT COUNTY,
    Defendant.



Civil Action No. 4:23-CV-

4-23CV-213-O

## ORIGINAL COMPLAINT

Drue A. Hollis
Pro Se
P.O. Box 185113
Fort Worth, TX 76185-0000
United States
(682) 201-7420
walterkovrune@icloud.com
Plaintiff for the United States
in the best interest of the State of Texas

| | |
|---|---|
| DRUE ALLEN HOLLIS,<br><br>    Plaintiff for<br>THE UNITED STATES<br>    IN THE BEST INTEREST OF<br>THE STATE OF TEXAS<br><br>VS.<br><br>TARRANT COUNTY,<br>    Defendant. | Civil Action No. 4:23-CV- |

## ORIGINAL COMPLAINT

On February 21, 2023 the United States District Court for the Northern District of Texas waived service of summons of this original complaint against Defendant Tarrant County on behalf of Defendant Tarrant County and confirmed by the Texas Northern District Court Fort Worth Division.

Plaintiff Drue Allen Hollis, Pro Se, for the United States in the best interest of the State of Texas, is filing this civil action to recover damages defined as penalties under the Texas Mental Health Code for the United States District Court in the Texas Northern District Court Fort Worth Division having acted in violation of the Rules under the Texas Mental Health Code on behalf of Defendant Tarrant County and against the United States in the State of Texas through its failure to file papers into civil action 4:22-CV-00459-O-BP; Drue Allen Hollis vs. Tarrant County drafted by Plaintiff Drue Allen Hollis on December 6, 2022 commemorating the ratification of Amendment XIII and appropriately requesting a withdrawal from the court registry. The Texas Northern District Court Fort Worth Division, acting on behalf of Defendant Tarrant County, failed to properly file both of the two (2) original copies drafted by Plaintiff and submitted separately, erroneously and falsely accepted and filed by the United States District Court on behalf of Defendant Tarrant County in connection with civil action number 4:21-CV-01142-O-BP; Drue Allen Hollis vs. Tarrant County, Texas and against the United States on December 6, 2022 Plaintiff's letter to the court, filed at the court's discretion, against the United States on behalf of Defendant Tarrant County.

Plaintiff is seeking damages in the amount of $200,000.00 for Defendant's failure to file each of the two (2) original copies of motion and order to withdraw funds from the court registry in civil action number 4:22-cv-00459-O-BP; Drue Allen Hollis vs. Tarrant County, defined as penalties under the Texas Mental Health Code and in violation of both the Local Rules of Civil Procedure and the Federal Rules of Civil Procedure.

Plaintiff is also seeking a permanent injunction to permanently enjoin the United States District Court from accepting or filing any paper of which Plaintiff Drue Allen Hollis is the subject to which the paper relates.

On this 22nd day of February 2023.

_Drue Allen Hollis_
Drue Allen Hollis, Pro Se
Plaintiff for the United States in the most interest of the State of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DRUE ALLEN HOLLIS, <br> Plaintiff for <br> THE UNITED STATES <br> IN THE BEST INTEREST OF <br> THE STATE OF TEXAS <br><br> vs. <br><br> TARRANT COUNTY, <br> Defendant. | Civil Action No. 4:23-cv- |

ORIGINAL COMPLAINT

Drue A. Hollis
Pro Se
P.O. Box 185113
Fort Worth, TX 76185-0000
United States
(682) 291-7426
walterfortune@icloud.com
Plaintiff for the United States
in the best interest of the State of Texas

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH STREET
FORT WORTH, TX 76102



NORTH TEXAS PNDC
DALLAS TX 750
FRI 24 FEB 2023

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
501 WEST TENTH STREET, Room 310
FORT WORTH, TX 76102

RECEIVED
FEB 28 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS