IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DRUE ALLEN HOLLIS, I,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00213-O-BP |
| § | |
| **TARRANT COUNTY,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on March 3, 2023 (ECF No. 9). No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice.

**SO ORDERED** on this **24th day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Though Plaintiff has filed several items on the docket following the Magistrate Judge's recommendation (ECF Nos. 10–13), including an Amended Complaint (ECF No. 13), none can be construed as an objection. Therefore, the Court reviews the findings, conclusion, and recommendation for plain error. *See* 28 U.S.C. § 636(b).